U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 4 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| CATHY JAMES WILSON | CIVIL ACTION NO. 03-2297 |
|---|---|
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and this case is **REMANDED** to the agency pursuant to sentence four of 42 U.S.C. § 405(g).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 23 day of August, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE